UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DONALD WILLIS,<br><br>Defendant. | Case No. 22-CR-401-02 (APM) |

GOVERNMENT'S STATEMENT OF OFFENSE
IN SUPPORT OF DEFENDANT'S PLEA OF GUILTY

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully submits the following Statement of Offense in Support of Defendant Donald Willis's Plea of Guilty to Count Four of the December 13, 2022, Indictment, charging him with Conspiracy to Commit an Offense Against or to Defraud the United States, in violation of 18 U.S.C. § 371.

I. **The Penalties**

A violation of 18 U.S.C. § 371 carries a maximum sentence of five (5) years' imprisonment, a fine of up to $250,000, pursuant to 18 U.S.C. § 3571, or both; a term of supervised release of not more than three (3) years, pursuant to 18 U.S.C. § 3583(b)(2); and an obligation to pay any applicable interest or penalties on fines and restitution not timely made.

II. **The Elements of the Offense**

The essential elements of a violation of 18 U.S.C. § 371 are that:

(1) Two or more persons agreed to commit an offense or offenses against the United States, as charged in the indictment;

(2) The defendant was a party to or member of that agreement;

(3) The defendant joined the agreement or conspiracy knowing of its objective to commit an offense or offenses against the United States and intending to join together with at

least one other alleged conspirator to achieve those objectives; that is, that the defendant and at least one other alleged conspirator shared a unity of purpose and the intent to achieve common goals or objectives, to commit an offense or offenses against the United States; and

(4) At some time during the existence of the agreement or conspiracy, at least one of its members performed an overt act in order to further the objectives of the agreement.

At least one of the objects of the conspiracy was to engage in the Illegal Interstate Transfer of Firearms, in violation of 18 U.S.C. § 922(a)(5). The essential elements of a violation of 18 U.S.C. § 922(a)(5) are that:

(1) The defendant (here, co-conspirator/co-defendant Demetrius Minor) willfully sold, traded, gave, transported, delivered, or transferred a firearm to an unlicensed dealer (here, Donald Willis);

(2) Neither the defendant nor the unlicensed dealer was licensed as a firearm dealer, importer, manufacturer, or collector; and

(3) The defendant knew or had reasonable cause to believe that the unlicensed dealer was not a resident of the same state in which the defendant resided.

### III. Factual Proffer

The following proffer of the government's evidence is intended only to provide the Court with enough evidence to satisfy the mandate of Rule 11(b)(3) of the Federal Rules of Criminal Procedure. This proffer is not intended to be a disclosure of all the evidence available to the United States nor, to the extent it makes representations concerning anything the defendant said, is it a recitation of all that the defendant said or did.

Had this matter gone to trial, the government's evidence would have shown, beyond a reasonable doubt, the following:

On November 17, 2021, in Washington, D.C., members of the Metropolitan Police Department were conducting proactive patrol at the intersection of 7th and Girard Streets NE, in Washington, D.C., when they observed an unlawful amount of marijuana inside a black Honda Accord. While searching the vehicle for additional contraband, a firearm was recovered from the glovebox. That firearm was a Ruger 57, 5.7x28mm pistol, bearing a serial number 641-71586 ("**GUN A**"). ATF conducted a trace of **GUN A**, which showed that the Demetrius Minor (the "co-defendant"), who resides in Maryland, was the original purchaser. The firearm was transferred from Engage Armament, a Federal Firearms Licensee (FFL), to the co-defendant on July 28, 2021.

On November 27, 2021, at approximately 1:43 a.m., MPD responded to a call for an aggravated assault near 2319 Chester Street SE, in Washington, D.C. When MPD responded to the location, they encountered an individual later identified as the defendant, Donald Willis, who was armed with a rifle. Defendant Willis ignored multiple commands to drop the rifle, at which time an MPD officer discharged their service weapon. At this time, Defendant Willis dropped the rifle and entered a black BMW X5 and drove away. Defendant Willis eventually exited his vehicle and continuing to flee on foot. Defendant Willis initially evaded MPD, and a Springfield XDS 45, .45 caliber pistol, serial number XS679933 ("**GUN B**") and a cell phone were recovered in his flight path. Defendant Willis was arrested a short time later.

The victim in the assault case, Defendant Willis's ex-wife, later identified the cell phone recovered in the flight path as belonging to Defendant Willis. The victim also stated that Defendant Willis had been attending a housewarming party at her house when he became agitated and returned with a handgun. At that time, Defendant Willis began pointing the handgun at peoples' heads. Defendant Willis was pushed out of the apartment and the handgun was taken by

his stepson. Defendant Willis subsequently returned to the apartment with a rifle and took the handgun back before MPD arrived.

Based on a review of records, **GUN B** was transferred from United Gun Shop, an FFL, to the co-defendant, Demetrius Minor, on August 13, 2021. A National Crime Information Center query revealed that the co-defendant reported **GUN B** stolen to the Montgomery County Police at approximately 9:41 p.m. on November 27, 2021 – about 20 hours after the incident involving Defendant Willis.

In December 2021, ATF Special Agents retrieved copies of the Firearms Transaction Records (ATF Form 4473) from Atlantic Guns, Engage Armament, and United Gun Shop, FFLs located in Rockville, Maryland. The records show that the co-defendant made at least the following purchases:

   i. Between April 6, 2021, and April 16, 2021, (1) a Taurus 9mm PT111 G2A, 9mm pistol bearing serial number ACA475492; (2) a Glock 19X, 9mm pistol bearing serial number BTDV743; and (3) Glock 17 Gen 5, 9mm pistol bearing serial number BTBG105, all from Engage Armament, located in Rockville, Maryland;

   ii. On May 11, 2021, (1) a Glock 26, 9mm pistol bearing serial number BSMB754; and (2) a Glock 43, 9mm pistol bearing serial number AFFN936, both from Engage Armament, located in Rockville, Maryland;

   iii. On June 5, 2021, (1) a Glock 26, 9mm pistol bearing serial number BTEX642; (2) a Glock 27 Gen 3, .40 caliber pistol bearing serial number BTFD468; and (3) a Glock 43, 9mm pistol bearing serial number AEXZ257, all from Engage Armament, located in Rockville, Maryland;

iv. On June 9, 2021, (1) a Taurus G3C, 9mm pistol bearing serial number ACB520645; (2) a Pioneer Arms Corp Hellpup, 7.62x39 pistol bearing serial number PAC1150019; and (3) a Taurus G3, 9mm pistol bearing serial number ACA456782, all from Engage Armament, located in Rockville, Maryland;

v. On June 19, 2021, a Glock 17 Gen 5, 9mm pistol bearing serial number BTNB564 from Engage Armament, located in Rockville, Maryland;

vi. On June 23, 2021, a Umarex/Heckler & Koch 416D, 22LR rifle bearing serial number HB046753 from Engage Armament, located in Rockville, Maryland;

vii. On July 16, 2021, a Springfield Armory XD-9, 9mm pistol bearing serial number BY499104 from Engage Armament, located in Rockville, Maryland;

viii. On July 24, 2021, a Taurus G3, 9mm pistol bearing serial number ABK980872 from Engage Armament, located in Rockville, Maryland;

ix. On July 28, 2021, (1) a Ruger 57, 5.7x28mm pistol bearing serial number 641-71586 (**GUN A**); and (2) a Glock 20SF, 10mm pistol bearing serial number BSRA376, both from Engage Armament, located in Rockville, Maryland;

x. On July 31, 2021, a Glock 17 Gen 5 MOS, 9mm pistol bearing serial number BTBT052 from Engage Armament, located in Rockville, Maryland;

xi. On August 4, 2021, a Taurus G2C, 9mm pistol bearing serial number 1C050673 from Atlantic Guns, located in Rockville, Maryland;

xii. On August 6, 2021, (1) a Ruger 57, 5.7x28 mm pistol bearing serial number 641-75252; (2) a Glock 31 Gen 3, .357 sig pistol bearing serial number BNWB953; and (3) a Springfield Armory Hellcat, 9mm pistol bearing serial number BYS589829, all from Engage Armament, located in Rockville, Maryland;

xiii. On August 13, 2021, (1) a Springfield XDS 45, .45 caliber pistol bearing serial number XS679933 (**GUN B**) from United Gun Shop, located in Rockville, Maryland; and (2) a Taurus G3, 9mm pistol bearing serial number ACG067178 from Atlantic Guns, located in Rockville, Maryland;

xiv. On August 14, 2021, a Glock 19X, 9mm pistol bearing serial number BTYW081 from Atlantic Guns, located in Rockville, Maryland;

xv. On August 17, 2021, a Glock 23, 9mm pistol bearing serial number VCU219 from United Gun Shop, located in Rockville, Maryland;

xvi. On August 21, 2021, a Century Arms Draco, 7.62x39 pistol bearing serial number 21PF-8378 from United Gun Shop, located in Rockville, Maryland;

xvii. On August 26, 2021, (1) a Taurus PT111 G2A, 9mm pistol bearing serial number ACD763836, and (2) Taurus G2S, 9mm pistol bearing serial number ACD835962, both from Engage Armament, located in Rockville, Maryland;

xviii. On August 28, 2021, a Glock 48, 9mm pistol bearing serial number BSTW539 from Engage Armament, located in Rockville, Maryland;

xix. On September 4, 2021, a Taurus PT24/7, 9mm pistol bearing serial number TAN19946 from Atlantic Guns, located in Rockville, Maryland;

xx. On September 15, 2021, a Glock 43X, 9mm pistol bearing serial number BUEH697 from Engage Armament, located in Rockville, Maryland; and

xxi. On October 5, 2021, (1) a Century Arms Draco, 7.62x39 pistol bearing serial number SV7P004515; and (2) a Glock 23, .40 caliber pistol bearing serial number CFH856, both from United Gun Shop, located in Rockville, Maryland.

ATF Special Agents consensually interviewed the co-defendant on December 3, 2021; December 6, 2021; and January 26, 2021, all prior to his August 2022 arrest. In the course of those interviews, the co-defendant admitted purchasing firearms and transferring them to other individuals, including Defendant Willis. The co-defendant told the ATF Special Agents that he would meet Defendant Willis in the parking lot of a park on MacArthur Boulevard NW in Washington, D.C., to transfer firearms to him. The location where Defendant Willis and the co-defendant met was near Defendant Willis's place of employment at the time.

Cell-site location data for Defendant Willis's and the co-defendant's cell phones showed their devices near one another in the area of MacArthur Boulevard NW in Washington, D.C., on August 19, 2021; August 27, 2021; September 7, 2021; and September 27, 2021.

Defendant Willis's financial records also illustrate that around the same time as meeting with the co-defendant, he would make significant cash withdraws from his bank account.

For example, the co-defendant picked up a firearm from United Gun Shop on August 17, 2021. Two days later, on August 19, 2021, historical cell-site location data places Defendant Willis and the co-defendant together near MacArthur Boulevard, NW, in Washington, D.C. On that same day, Defendant Willis made three cash withdraws totaling $606.

On August 21, 2021, the co-defendant picked up a firearm from United Gun Shop and then, on August 26, 2021, the co-defendant picked up two firearms from Engage Armament. On August 23, 2021, Defendant Willis withdrew $5,000 from his bank account, and then on August 24, 2021, he made two withdrawals of $3,000. On August 27, 2021, historical cell-site location data places Defendant Willis and the co-defendant together near MacArthur Boulevard, NW, in Washington, D.C.

On August 28, 2021, the co-defendant picked up a firearm from Engage Armament. On September 4, 2021, the co-defendant picked up a firearm from Atlantic Guns. Three days later, on September 7, 2021, Defendant Willis made four cash withdraws of $202.25, totaling $809. That same day, September 7, 2021, historical cell-site location data places Defendant Willis and the co-defendant together near MacArthur Boulevard, NW, in Washington, D.C.

Of the 34 above-listed firearms, the co-defendant retained possession of only two—(1) the Glock 17 Gen 5 MOS, 9mm pistol bearing serial number BTBT052, which he purchased from Engage Armament on July 31, 2021; and (2) the Taurus PT 24/7, 9mm pistol bearing serial number TAN19946, which he purchased from Atlantic Guns on September 4, 2021. Numerous of the other, unaccounted-for firearms have been recovered by law enforcement in the Washington, D.C. area.

During the conspiracy, the co-defendant transferred at least eight (8) of the above-listed firearms to Defendant Willis. At all relevant times, the co-defendant was a resident of the State of Maryland, and Defendant Willis was a resident of the District of Columbia. The co-defendant and Defendant Willis are cousins, and each had knowledge of where the other resided.

All the aforementioned firearms, including **GUN B**—which was recovered in connection with Defendant Willis's arrest on November 27, 2021—constitute firearms pursuant to Title 18, United States Code, Section 921(a)(3). They were not manufactured in the District of Columbia and therefore traveled in or affected interstate commerce.

**IV.   Defendant's Acknowledgements**

The defendant, Donald Willis, acknowledges that: (1) he provided money to the co-defendant, Demetrius Minor, in exchange for at least eight (8) firearms that the co-defendant purchased from Federal Firearms Licensees located in the State of Maryland; (2) he is not and has

never been a licensed firearm dealer, importer, manufacturer, or collector—and in fact has been legally prohibited from possessing firearms since at least 1993; (3) at all times relevant to the conspiracy, he resided in Washington, D.C., and the co-defendant, Demetrius Minor, resided in the State of Maryland, and each had knowledge of where the other resided; and (4) he acted voluntarily and on purpose, not by mistake or accident. The defendant, Donald Willis, further acknowledges that he has reviewed the allegations in the Indictment that relate to the co-defendant, Demetrius Minor, and admits that the allegations are true or that he does not have information to dispute or disprove those allegations as set forth in the Indictment.

*Paul V Courtney*
Paul V. Courtney
Assistant United States Attorney

## DEFENDANT'S ACCEPTANCE

I have read every page of this factual proffer and have discussed it with my attorney, Nathan I. Silver II, Esq. I agree to it and acknowledge that everything in this statement is true and correct. I do this voluntarily and of my own free will.

Date: 7/20/23

_Donald Willis_
Donald Willis
Defendant

## ATTORNEY'S ACKNOWLEDGEMENT

I have read every page of this factual proffer, reviewed and discussed it with my client, Donald Willis, and have no reason to disagree with my client's desire to plead guilty as set forth in the plea agreement and proffer.

Date: July 20, 2023

Nathan I. Silver II, Esq.
Attorney for Defendant